**KATTEN MUCHIN ROSENMAN LLP**
Joel R. Weiner (SBN 139446)
joel.weiner@kattenlaw.com
Emily C. Grimm (SBN 312801)
emily.grimm@kattenlaw.com
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Deepro R. Mukerjee (*pro hac vice* to be filed)
deepro.mukerjee@kattenlaw.com
Lance A. Soderstrom (*pro hac vice* to be filed)
lance.soderstrom@kattenlaw.com
575 Madison Avenue
New York, NY 10022-2585
Telephone:  212.940.8800
Facsimile: 212.940.8776

Attorneys for Plaintiff
AVOCADOS PLUS INCORPORATED D/B/A FRESH DIRECTIONS
INTERNATIONAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCADOS PLUS INCORPORATED D/B/A FRESH DIRECTIONS INTERNATIONAL,<br><br>                Plaintiff,<br><br>        vs.<br><br>FRESKA PRODUCE INTERNATIONAL, LLC, and GARY CLEVENGER,<br><br>                Defendants. | CASE NO.:  2:19-cv-06451<br><br>**COMPLAINT FOR:**<br><br>1. **BREACH OF WRITTEN CONTRACT**<br>2. **FEDERAL TRADE DRESS INFRINGEMENT (LANHAM ACT)**<br>3. **FRAUD ON THE U.S. PATENT AND TRADEMARK OFFICE**<br><br>**DEMAND FOR JURY TRIAL** |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER**

**SEAL**

COMPLAINT

140408403

Plaintiff AVOCADOS PLUS INCORPORATED D/B/A FRESH DIRECTIONS INTERNATIONAL ("FDI") alleges:

## OVERVIEW OF FDI'S CLAIMS

1.      This is an action for breach of contract, infringement of trade dress under the Lanham Act of 1946, as amended, 15 U.S.C. §§ 1051 *et seq.*, and fraud on the U.S. Patent and Trademark Office (the "USPTO").  Pursuant to a 2007 Settlement and Mutual Release Agreement (the "Settlement Agreement") that resolved a prior legal dispute between the parties, defendant Freska Produce International, LLC ("Freska") assigned all right, title, and interest in and to the trademark MANGO PRO to plaintiff FDI.  However, in violation of the Settlement Agreement, Freska recently filed for and obtained new U.S. and European Union Trademark Registrations for MANGOPRO and MANGO PRO, respectively, based on fraudulent representations made to the USPTO.  Freska has been wrongfully using the MANGOPRO mark in a manner virtually identical to that of FDI – on cartons for mangos that bear nearly identical features to those of FDI's trade dress.

2.      After discovering that Freska registered the MANGOPRO trademark and has been infringing FDI's trade dress rights, FDI contacted Freska demanding that Freska cease and desist such use and assign its MANGOPRO trademark registrations to FDI.  Most recently, FDI's counsel sent Freska and its counsel a letter on June 12, 2019, requesting a response by June 24, 2019.  To date, Freska has ignored FDI's letter and continues to use the MANGOPRO trademark in international and/or interstate commerce in an intentionally confusingly similar manner to FDI's trade dress.  This is a clear breach of the parties' Settlement Agreement and infringement of FDI's intellectual property rights.

## PARTY ALLEGATIONS

3.      FDI is a corporation organized and existing under the laws of the State of California that conducts business in the State of California, including in this District.

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

140408401

4.     FDI is informed and believes and, on that basis, alleges that Freska is a limited liability company organized and existing under the laws of the State of California, which maintains a principal place of business in this District.

5.     FDI is informed and believes and, on that basis, alleges that Gary Clevenger ("Clevenger," and together with Freska, "Defendants") is a resident of the State of California, who maintains a residence in this District.

## JURISDICTION AND VENUE ALLEGATIONS

6.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, on the grounds that the Complaint asserts claims arising under the Lanham Act, 17 U.S.C. §§ 1051 *et seq.*  This Court has subject matter jurisdiction over FDI's related state law claims pursuant to 28 U.S.C. § 1367 because those claims are so related to the federal claim arising under the Lanham Act that they form part of the same case or controversy and derive from a common nucleus of operative fact.  In addition, this Court retains jurisdiction over an action to enforce the terms of the Settlement Agreement, as set forth in the Stipulation for Dismissal with Retained Jurisdiction and Court Order filed in the prior legal dispute between the parties, Case No. 2:06-cv-00896-RGK-JC (C.D.C.A.) (the "Prior Action").  *See* Dkt. No. 116 ¶ 5.

7.     FDI is informed and believes and, on that basis, alleges that this Court has personal jurisdiction over Freska and Clevenger because Freska and Clevenger are each domiciled in California, and because Freska and Clevenger have each made or established contacts with the State of California sufficient to permit the exercise of personal jurisdiction over each of them.

8.     Venue is appropriate in the Central District of California pursuant to 28 U.S.C. § 1391(c)(2).

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

140408401

## BACKGROUND ALLEGATIONS

**A. Freska Assigned All Right, Title, and Interest in and to the MANGO PRO Trademark to FDI.**

9.    The parties have a long and contentious relationship, dating back to Clevenger's employment with FDI, which ended in August 2004 when Clevenger left FDI to start a directly competing business, Freska.

10.    On information and belief, Freska filed an application with the USPTO for the trademark MANGO PRO on or about October 19, 2004.

11.    On or about December 13, 2005, the USPTO issued U.S. Trademark Registration No. 3,028,443 for the mark MANGO PRO in International Class 31, covering "fresh fruits, namely, mangos." *See* Exhibit ("Ex.") A (Certificate of Registration of MANGO PRO).

12.    On or about February 15, 2006, FDI filed a Complaint in the Prior Action against Freska, Clevenger and others.  The Prior Action asserted claims for, among other things, trademark infringement, unfair competition, misappropriation of trade secrets, breach of contract and breach of fiduciary duty based, in part, on Clevenger's misappropriation and unauthorized use of various items of FDI's intellectual property, including without limitation, FDI's MANGO PRO trademark.

13.    On or about March 1, 2007, the parties to that lawsuit entered into the Settlement Agreement, which resolved the lawsuit.



Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

4

COMPLAINT

140408401



16.

the parties executed a Trademark Assignment of MangoPro (the "Assignment"), whereby Freska assigned its MANGO PRO registration to FDI. Specifically, the Assignment states:

> [T]he said ASSIGNOR [Freska] by these presents does sell, assign and transfer unto the ASIGNEE [FDI], its successors and assigns, its entire right, title and interest in and to the aforesaid trademark [MANGO PRO] together with the entire goodwill of the business concerned in the goods for which said trademark [MANGO PRO] are registered and to all rights which the said ASSIGNOR has theretofore enjoyed thereunder, including, but not limited to, all income, royalties, damages, payments and rights to sue for future infringements and misappropriations of the trademark hereafter due or payable to ASSIGNOR, the same to be held and enjoyed by the said ASSIGNEE, its successors and assigns.

Exhibit B (Assignment), p. 1.

17.    Clevenger executed the Assignment on behalf of Freska.

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

140408401

███████████████████████████████████████

███████████████████████

19.    Following the execution of the Settlement Agreement and Assignment, the Court entered a Stipulation for Dismissal with Retained Jurisdiction and Court Order, stating the action was "conditionally dismissed with prejudice, including the complaint and related counterclaim, pursuant to the terms of the Settlement and Mutual Release Agreement." Exhibit C (Stipulation and Order), ¶ 1. The parties also agreed by the Stipulation and Order that this Court "shall retain jurisdiction over the action to enforce the terms of the Agreement and the Stipulation for Entry of Judgment and to enter judgment thereon." *See id.* at ¶ 5.

**B. FDI's Trade Dress – the MANGO PRO Brand**

20.    Since at least as early as 2002, FDI has packaged mangos in cartons labeled with its MANGO PRO mark. MANGO PRO is part of a brand family that also includes AVOPRO, used for avocados.

21.    FDI's MANGO PRO trade dress includes distinctive elements uniquely associated with its MANGO PRO brand, including without limitation: (i) bright pink cartons with diagonal white stripes; (ii) display of the MANGO PRO mark on the front of the carton in green font, with the "O" in the term "MANGO" replaced with a graphic depiction of a mango; and (iii) a green stripe under the MANGO PRO mark extending to the edge of the carton, with the word "Mangos" in white font therein (collectively, FDI's "Trade Dress").

22.    FDI's MANGO PRO Trade Dress appears as follows:



**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

140408401

23.    FDI incorporates many of the same elements of its Trade Dress as part of the trade dress for its AVOPRO brand, including: (i) bright pink cartons with diagonal white stripes; (ii) display of the AVOPRO mark on the front of the carton in green font, with the "O" in the term "AVO" replaced with a graphic depiction of an avocado; and (iii) a green stripe under the AVOPRO mark extending to the edge of the carton, with the words "Avocats Hass" in white font therein.  Accordingly, FDI's "PRO" family of trademarks employs a consistent trade dress that has become uniquely identifiable in the market and singularly associated with FDI.

**C. Despite the Express Language of the Settlement Agreement and Assignment, Freska Wrongfully Registered a New MANGOPRO Mark Based on Fraudulent Statements to the USPTO and Copied FDI's Trade Dress.**

24.    The U.S. Registration for MANGO PRO was due for renewal by June 13, 2016.  FDI inadvertently missed the renewal date, and on July 15, 2016, the USPTO cancelled FDI's Registration for MANGO PRO.  Despite missing the renewal date, FDI did not intend to, nor did FDI, abandon the MANGO PRO mark.

25.    Very shortly thereafter, on or about August 19, 2016, Freska filed a new application for the trademark MANGO PRO, U.S. Application Serial No. 87/144,937, covering "Fresh fruit" in International Class 31 (the "Application").  The Application was based on Freska's *bona fide* intention to use the mark in interstate commerce.  As part of the Application, Clevenger declared the following on behalf of Freska:

> **The signatory believes that to the best of the signatory's knowledge and belief, no other persons**, except, if applicable, concurrent users, **have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.**

7

COMPLAINT

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

1    The signatory being warned that willful false statements and

2    the like are punishable by fine or imprisonment, or both,

3    under 18 U.S.C. § 1001, and that such willful false

4    statements and the like may jeopardize the validity of the

5    application or any registration resulting therefrom, declares

6    that all statements made of his/her own knowledge are true

7    and all statements made on information and belief are

8    believed to be true.

9    Ex. D (Application) (emphasis added).

10    26.    On or about June 29, 2017, Freska filed a Statement of Use with the

11    USPTO, claiming the date of its first use of the MANGO PRO trademark anywhere

12    and in interstate commerce was April 12, 2017.  In support of the Statement of Use,

13    Freska submitted the following specimen of use of the mark:



19    27.    Feska's specimen of its use of the MANGO PRO mark is virtually

20    identical to FDI's in all respects, as it includes (i) bright pink cartons with diagonal

21    white stripes; (ii) display of the MANGO PRO mark on the front of the carton in

22    green font, with the "O" in the term "MANGO" replaced with a graphic depiction of a

23    mango; and (iii) a green stripe under the MANGO PRO mark extending to the edge of

24    the carton, with the word "Mangos" in white font therein.

25    28.    Also, as part of the Statement of Use, Clevenger declared the following

26    on behalf of Freska:

27    **To the best of the signatory's knowledge and belief, no**

28    **other persons**, except, if applicable, authorized users,

8

COMPLAINT

Katten

Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

1    members, and/or concurrent users, **have the right to use the**

2    **mark in commerce**, **either in the identical form or in**

3    **such near resemblance as to be likely, when used on or in**

4    **connection      with      the      goods/services/collective**

5    **membership organization of such other persons, to cause**

6    **confusion or mistake, or to deceive.**

7    To the best of the signatory's knowledge, information, and

8    belief, formed after an inquiry reasonable under the

9    circumstances, the allegations and other factual contentions

10   made above have evidentiary support.

11   The signatory being warned that willful false statements and

12   the like are punishable by fine or imprisonment, or both,

13   under 18 U.S.C. § 1001, and that such willful false

14   statements and the like may jeopardize the validity of the

15   application or submission or any registration resulting

16   therefrom, declares that all statements made of his/her own

17   knowledge are true and all statements made on information

18   and belief are believed to be true.

19   Ex. E (Statement of Use) (emphasis added).

20      29.    As such, on behalf of Freska, ███████████████████

21   ████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████

23   ██████████████████████████████████

24      30.    On or about July 25, 2017, Freska used its U.S. Application as the

25   priority basis for a trademark filing for MANGO PRO in the European Union.

26      31.    On or about August 17, 2017, the USPTO issued an Office Action in

27   connection with the Application, stating that the specimen of use submitted in support

28   of the Statement of Use did not match the mark as applied-for.  Specifically, the mark

140408401

applied-for was MANGO PRO, but the specimen of use displayed the mark without a space, as MANGOPRO.

32.    On or about October 18, 2017, Freska responded to the Office Action by requesting that the Application be amended to remove the space from the mark, and that the Application be permitted to register in such format.

33.    Freska ultimately received U.S. Trademark Registration No. 5,351,536 for the mark MANGOPRO on or about December 5, 2017, and European Union Trademark Registration No. 1,362,723 for the mark MANGO PRO on or about February 22, 2018.

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

**D. Freska Has Ignored FDI's Cease and Desist Communications.**

35.    On or about July 5, 2018, FDI sent a letter to Freska and its counsel notifying Freska that it was in breach of the Settlement Agreement, and demanding that Freska cease and desist from using the MANGOPRO trademark and take steps to cancel its United States and European registrations for the mark.

36.    Following additional communications between the parties, FDI's counsel sent Freska and its counsel a letter on or about June 12, 2019, reiterating that Freska breached the Settlement Agreement and Assignment, that Freska is infringing FDI's trade dress rights, and that Freska committed fraud on the USPTO.  Among others, FDI repeated its demand that Freska cease and desist from all use of the MANGOPRO trademark in all forms; that Freska assign its U.S. and European Trademark Registrations for MANGOPRO and MANGO PRO, respectively, to FDI; and that Freska confirm in writing that it will permanently refrain from all use of the marks MANGOPRO and MANGO PRO.

37.    FDI requested that Freska respond to its demands no later than June 24, 2019.  To date, Freska has not responded to FDI's letter, and to FDI's knowledge and

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1  belief, ████████████████████████████████████████████

2  ████████████████████████

3  ### **FIRST CLAIM FOR RELIEF**

4  ### **(For Breach of Contract Against All Defendants)**

5  38.    FDI realleges and incorporates herein by reference the preceding

6  paragraphs as if fully restated herein.

7  39.    The Settlement Agreement and Assignment are valid, binding, and

8  enforceable contracts.

9  40.    FDI has fully performed all of the obligations required of it pursuant to

10  the Settlement Agreement and Assignment, except to the extent that its obligations

11  have been prevented or excused by the acts and/or omissions of Freska.



24  43.    As a direct and proximate result of Defendants' breach of the Settlement

25  Agreement and Assignment, FDI has suffered damages in an amount to be proven at

26  trial, and is contractually entitled to recover its reasonable attorney's fees and costs as

27  prevailing party in this action.

28

140408401

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

44.    Defendants should be enjoined from using the ill-gotten Trademark Registrations and should account for, and disgorge to FDI, all profits earned as a result of their wrongful behavior.

## SECOND CLAIM FOR RELIEF

### (For Federal Trade Dress Infringement - 15 U.S.C. § 1125(a)

### Against All Defendants)

45.    FDI realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

46.    Since at least as early as 2002, FDI has continuously used its Trade Dress in international and/or interstate commerce to uniquely identify FDI's product and to distinguish it from others. The Trade Dress is comprised of distinctive features that are protected under the Lanham Act Section 43, as amended, 15 U.S.C. § 1125(a).  FDI's Trade Dress is nonfunctional, and either inherently distinctive, or as a result of its use, has acquired secondary meaning whereby the relevant consuming public and trade associates these features with a single source, namely, FDI.

47.    Upon information and belief, commencing at some time unknown to FDI and continuing through the present, Freska, without FDI's consent, has used in commerce all of the elements of FDI's Trade Dress on its product packaging, in the virtually identical manner as FDI.  Upon information and belief, Clevenger was privy to FDI's Trade Dress and aware of FDI's suppliers during his employment with FDI.

48.    Freska and Clevenger have, without permission, willfully, and with the intention of benefitting from the reputation and goodwill of FDI, copied essentially each and every detail of FDI's Trade Dress.

49.    There is a high likelihood of confusion to consumers between FDI's mango cartons and Freska's infringing mango cartons, as any differences between the two are nearly imperceptible.

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

140408401

50.    As a consequence, Freska's infringing mango cartons are likely to deceive and divert customers away from FDI's genuine product bearing FDI's Trade Dress.

51.    Freska's and Clevenger's conduct constitutes trade dress infringement in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), which prohibits the use in commerce in connection with the sale of goods or rendering of any service of any word, term, name, symbol, or device, or any combination thereof, which is likely to cause confusion, or to cause mistake, or to deceive as to the source of the goods or services.

52.    As a direct and proximate result of Freska's and Clevenger's willful and wanton conduct, FDI has been injured and will continue to suffer irreparable injury to its business and reputation.

53.    Pursuant to 15 U.S.C. § 1117(a), FDI is entitled to recover Freska's profits, actual damages, and costs of the action; and impoundment and destruction of all infringing goods pursuant to 15 U.S.C. § 1118.

## THIRD CLAIM FOR RELIEF

### (For Fraud on the U.S. Patent and Trademark Office Against All Defendants)

54.    FDI realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

55.    On behalf of Freska, Clevenger made the following false, material representations of fact to the USPTO in support of Freska's application to register MANGO PRO: "The signatory believes that to the best of the signatory's knowledge and belief, no other persons . . . have the right to use the mark [MANGO PRO] in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive." On behalf of Freska, Clevenger made this false representation to the USPTO on at least two separate occasions.

Katten
Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

140408401

58.    Moreover, Freska and Clevenger willfully and recklessly disregarded the fact that FDI was using, and continues to use, the MANGO PRO mark and did not abandon such mark.

59.    As part of the Application and the Statement of Use filed in support of the Application with the USPTO, Clevenger was advised that "willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom."

60.    As a direct and proximate result of Clevenger's fraudulent representations, Freska wrongfully obtained a U.S. and European Union Trademark Registration for MANGOPRO and MANGO PRO, respectively.

61.    As a result of Freska's and Clevenger's fraudulent conduct, FDI has been damaged in that it is precluded from re-filing its own application for the MANGO PRO mark in the United States and the European Union, which it should be entitled to do under the express terms of the Settlement Agreement and Assignment.

62.    FDI has no adequate remedy at law.  Freska and Clevenger should be enjoined from using the MANGO PRO mark and ordered to transfer the Trademark Registrations for MANGO PRO and MANGOPRO, respectively, to FDI.

COMPLAINT

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

140408401

63.     Pursuant to 18 U.S.C. § 1001, Freska and Clevenger should be fined for their knowing and intentional material misrepresentations to the USPTO.

## PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons, FDI respectfully prays for relief as follows:

1.     General and special damages according to proof in excess of the jurisdictional minimum of this Court as alleged herein;

2.     Prejudgment interest on the amounts of damages incurred, including without limitation for all lost product sales, including products Freska has sold in commerce bearing the MANGOPRO mark or marketed using the MANGOPRO mark;

3.     Entry of an order and judgment requiring that Freska and its officers, agents, employees, owners, and representatives, including without limitation, Clevenger, be permanently enjoined and restrained from (i) using in any manner the MANGO PRO mark, or any colorable imitation of that mark (including, but not limited to, MANGOPRO), as a trade name, trademark, service mark, domain name or other indicator of business or source; and (ii) doing any act or thing calculated or likely to cause confusion or mistake in the minds of the members of the public, or current or prospective customers of FDI's products and services, with respect to the source of the products and services offered for sale, distributed, or sold by Freska, or with regard to there being a connection between Freska and FDI;

4.     A judgment ordering Defendants, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon FDI within thirty (30) days after entry of the injunction, a report made in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction and implemented adequate and effective means to discontinue doing business and offering or selling goods using the MANGOPRO mark, as set forth above;

**Katten**
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

140408401

5.    A judgment, pursuant to 15 U.S.C. § 1117, requiring that Defendants account for and pay to FDI damages arising from their violation of the Lanham Act, as well as all profits derived from their violation of the Lanham Act;

6.    A judgment ordering Defendants, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or show proof of said destruction or sufficient modification to eliminate all products, including cartons, in the possession, custody, or control of Defendants or their agents, bearing any mark confusingly similar to the MANGOPRO mark;

7.    An order requiring Freska to assign U.S. Registration No. 5,351,536 for the mark MANGOPRO and European Union Registration No. 1,362,723 for the mark MANGO PRO to FDI within ten (10) business days after entry of such order by the Courty;

8.    A judgment, pursuant to 15 U.S.C. § 1117, the attorney's fees provision in the Settlement Agreement, and/or as otherwise permitted, allowing FDI to recover its costs and attorneys' fees incurred in connection with this action;

9.    A judgment requiring Freska pay pre- and post-judgment interest; and

10.    A judgment granting FDI any relief that the Court deems just and proper.


DATED:  July 25, 2019                    **KATTEN MUCHIN ROSENMAN LLP**
                                         JOEL R. WEINER
                                         EMILY C. GRIMM
                                         DEEPRO R. MUKERJEE
                                         LANCE A. SODERSTROM

                                         By */s/ Joel R. Weiner*
                                                Joel R. Weiner
                                         Attorneys for Plaintiff
                                         AVOCADOS PLUS INCORPORATED D/B/A
                                         FRESH DIRECTIONS INTERNATIONAL

Katten

Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

140408401

## **<u>DEMAND FOR JURY TRIAL</u>**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Local Rule 38-2 of the United States District Court Central District of California Rules, FDI demands a trial by jury of all claims for relief that may be tried by jury.

DATED:  July 25, 2019                **KATTEN MUCHIN ROSENMAN LLP**
                                      JOEL R. WEINER
                                      EMILY C. GRIMM
                                      DEEPRO R. MUKERJEE
                                      LANCE A. SODERSTROM

                                      By */s/ Joel R. Weiner*
                                      _____
                                           Joel R. Weiner
                                      Attorneys for Plaintiff
                                      AVOCADOS PLUS INCORPORATED D/B/A
                                      FRESH DIRECTIONS INTERNATIONAL

140408401

# EXHIBIT A

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 3,028,443

Registered Dec. 13, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

# MANGO PRO

FRESKA PRODUCE INTERNATIONAL, LLC (CALIFORNIA LTD LIAB CO)
SUITE 290
1746 S. VICTORIA AVENUE
VENTURA, CA 93003

FOR: FRESH FRUITS, NAMELY MANGOS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 9-3-2004; IN COMMERCE 9-4-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MANGO", APART FROM THE MARK AS SHOWN.

SER. NO. 78-502,457, FILED 10-19-2004.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

Exhibit A Page1

# EXHIBIT B

## TRADEMARK ASSIGNMENT OF MANGOPRO

WHEREAS, Freska Produce International, LLC, a California Limited Liability Company, with offices at 1746 S. Victoria Avenue, Suite 290, Ventura, California 93004, United States of America, (hereinafter called the ASSIGNOR) is the proprietor of the following trademark in the United States:

MANGOPRO United States Registration No. 3,028,443 registered on December 13, 2005

WHEREAS Avocados Plus Incorporated, a California Corporation d.b.a. Fresh Directions International, with offices at 10195 Telephone Road, Ventura, California 93004, United States of America, (hereinafter called the ASSIGNEE) is desirous of aquiring the entire right, title and interest in and to the aforesaid trademark together with all the common law rights and entire goodwill of the business therewith,

AND WHEREAS, ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with the assignment and sale,

NOW THEREFORE, TO ALL IT MAY CONCERN, be it known, that for and in consideration of Ten United States dollars ($10.00 US) and other good and valuable consideration receipt of which is hereby acknowledged, the said ASSIGNOR by these presents does sell, assign and transfer unto the ASSIGNEE, its successors and assigns, its entire right, title and interest in and to the aforesaid trademark together with the entire goodwill of the business concerned in the goods for which said trademark are registered and to all rights which the said ASSIGNOR has heretofor enjoyed thereunder, including, but not limited to, all income, royalties, damages, payments and rights to sue for future infringements and misappropriations of the trademark hereafter due or payable to ASSIGNOR, the same to be held and enjoyed by the said ASSIGNEE, its successors and assigns.

/ / /

/ / /

IN WITNESS WHEREOF, the said ASSIGNOR and ASSIGNEE have executed this assignment this 2nd day of *March* 2007.

FRESKA PRODUCE
INTERNATIONAL LLC

By: _____

An individual with the authority to
bind Freska Produce International LLC
to this Assignment

STATE OF CALIFORNIA
COUNTY OF _Ventura_____

On *March 2*_____, 2007 before me,
*Janet Marsh*_____, personally appeared *Gary Clevenger*, known
to me (*or proved to me on the basis of satisfactory evidence*) to be the person whose
name is subscribed to the within instrument and acknowledged to me that he executed the
name in his authorized capacity, and that by his signature on the instrument the person
executed the instrument.

WITNESS MY HAND AND OFFICIAL SEAL

JANET MARSH
Commission # 1535434
Notary Public - California
Ventura County
My Comm. Expires Dec 16, 2008

AVOCADOS PLUS INCORPORATED
D.B.A FRESH DIRECTIONS
INTERNATIONAL

By: _____

An individual with the authority to
bind Avocados Plus Incorporated
d.b.a. Fresh Directions International
to this Assignment

STATE OF CALIFORNIA
COUNTY OF _VENTURA_____

On _APRIL 27_____, 2007 before me,
*GORDON C. SMITH JR*, personally appeared *PEDRO AGUILAR NINO*, known
to me (*or proved to me on the basis of satisfactory evidence*) to be the person whose

Exhibit B Page2

name is subscribed to the within instrument and acknowledged to me that he executed the name in his authorized capacity, and that by his signature on the instrument the person executed the instrument.

WITNESS MY HAND AND OFFICIAL SEAL



GORDON G. SMITH JR.
Commission # 1561086
Notary Public - California
Ventura County
My Comm. Expires Mar 18, 2009

# EXHIBIT C

1  RICHARD D. ROBINS (SBN 077923)
   rrobins@pmcos.com
2  ARSINE B. PHILLIPS (SBN 126994)
   aphillips@pmcos.com
3  GARY GANCHROW (SBN 163994)
   gganchrow@pmcos.com
4  NATASHA N. DAWOOD (SBN 228410)
   ndawood@pmcos.com
5  PARKER, MILLIKEN, CLARK,
   O'HARA & SAMUELIAN,
6  A Professional Corporation
   555 South Flower Street, 30th Floor
7  Los Angeles, California 90071
   Telephone:  (213) 683-6500
8  Facsimile:   (213) 683-6669

9  Attorneys for Plaintiff and Counterdefendant
   Avocados Plus Incorporated,
10 a California Corporation d.b.a.
   Fresh Directions International

11 GLENN J. DICKINSON (Bar No. 159753)
   gdickinson@nchc.com
12 PANDA L. KROLL (Bar No. 211877)
   pkroll@nchc.com
13 NORDMAN CORMANY HAIR &
   COMPTON LLP
14 1000 Town Center Drive, 6th Floor
   P.O. Box 9100
15 Oxnard, California 93031-9100
   Telephone:  (805) 485-1000
16 Facsimile:   (805) 988-8387

17 Attorneys for Defendants and
18 Counterclaimants Freska Produce
   International LLC, a California Limited
19 Liability Company, and Jesus Loza and
   Defendant Gary Clevenger

20

21

22

23

24 AVOCADOS PLUS
   INCORPORATED, a California
25 Corporation d.b.a. FRESH
   DIRECTIONS INTERNATIONAL,

26            Plaintiff,

27     v.

28

FILED
CLERK, U.S. DISTRICT COURT

MAR 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority    ✓
Send
Enter
Closed
JS-5/JS-6   ✓
JS-2/JS-3
Scan Only

DOCKETED ON CM

MAR - 7 2007

BY          009

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Case No.  CV 06-0896 RGK (JCx)

**STIPULATION FOR DISMISSAL
WITH RETAINED JURISDICTION
AND [PROPOSED] COURT ORDER**

Honorable R. Gary Klausner

Trial Date: March 6, 2007

STIPULATION FOR DISMISSAL WITH RETAINED JURISDICTION

LODGED

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

#304928
Exhibit C Page 1

1    FRESKA PRODUCE
     INTERNATIONAL LLC, a California          Trial Time: 9:00 a.m.
2    Limited Liability Company, et al.,
                                              [Fed. R. Civ. P. 41(a)(1)(ii)]
3              Defendants.

4
     AND RELATED COUNTERCLAIM
5

6
          IT IS HEREBY STIPULATED by and between Plaintiff and
7
     Counterdefendant Avocados Plus Incorporated d.b.a. Fresh Directions International
8
     ("Plaintiff"), on the one hand, and Defendants and Counterclaimants Freska
9
     Produce International LLC, a California Limited Liability Company and Jesus Loza
10
     and Defendant Gary Clevenger (collectively "Defendants"), on the other hand, that:
11
          1.    The above-entitled action be conditionally dismissed with prejudice,
12
     including the complaint and related counterclaim, pursuant to the terms of the
13
     Settlement and Mutual Release Agreement (the "Agreement"), which is
14
     incorporated by reference herein and attached hereto as Exhibit "A", (filed
15
     separately under seal).
16
          2.    Plaintiff and Defendants (the "Parties") have entered into an
17
     Agreement in the above-captioned action.
18
          3.    The Agreement calls for performance to be completed by March 1,
19
     2011.
20
          4.    The Parties have executed a Stipulation for Entry of Judgment, which
21
     is incorporated herein by reference and attached hereto as Exhibit "B".
22
          5.    It is agreed that the United States District Court shall retain jurisdiction
23
     over the action to enforce the terms of the Agreement and the Stipulation for Entry
24
     of Judgment and to enter judgment thereon.
25

26

27

28

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 2 -

DATED: March 3, 2007

RICHARD D. ROBINS
ARSINE B. PHILLIPS
GARY GANCHROW
NATASHA N. DAWOOD

PARKER, MILLIKEN, CLARK,
   O'HARA & SAMUELIAN
A Professional Corporation

By: _Arsine B. Phillips_

Attorneys for Plaintiff and Counterdefendant
Avocados Plus Incorporated, a California
Corporation d.b.a. Fresh Directions
International

DATED: March 3, 2007

GLENN J. DICKINSON
PANDA L. KROLL

NORDMAN CORMANY HAIR &
COMPTON LLP

By: _Glenn J. Dickinson_

Attorneys for Defendants and
Counterclaimants Freska Produce
International LLC, a California Limited
Liability Company, and Jesus Loza and
Defendant Gary Clevenger

**IT IS HEREBY ORDERED** that the action is conditionally dismissed with prejudice, and this Court shall retain jurisdiction over the action to enforce the terms of the Agreement, which are hereby incorporated by reference into this Order, and to enforce the Stipulation for Entry of Judgment, the terms of which are hereby incorporated by reference into this Order and to enter a judgment thereon.

Dated: ___MAR 06 2007___

_Gary Klausner_
Honorable R. Gary Klausner
United States District Judge

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 3 -

STIPULATION FOR DISMISSAL WITH RETAINED JURISDICTION

Exhibit C Page 3

# EXHIBIT D

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB. No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87144937**
**Filing Date: 08/19/2016**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | MANGO PRO |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MANGO PRO |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Freska Produce International, LLC |
| *STREET | 511 Mountain View Avenue |
| *CITY | Oxnard |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 93030 |
| PHONE | (805) 650-1040 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 031 |
| *IDENTIFICATION | Fresh fruit |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |

Exhibit D Page 1

| | |
|---|---|
| **\*TRANSLATION**<br>(if applicable) | |
| **\*TRANSLITERATION**<br>(if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION**<br>(if applicable) | |
| **\*CONSENT (NAME/LIKENESS)**<br>(if applicable) | |
| **\*CONCURRENT USE CLAIM**<br>(if applicable) | |
| **DISCLAIMER** | No claim is made to the exclusive right to use "MANGO" apart from the mark as shown. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Glenn J. Dickinson |
| **ATTORNEY DOCKET NUMBER** | 3644 |
| **FIRM NAME** | LightGabler |
| **STREET** | 760 Paseo Camarillo, Suite 300 |
| **CITY** | Camarillo |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 93010 |
| **PHONE** | (805) 248-7416 |
| **FAX** | (805) 248-7416 |
| **EMAIL ADDRESS** | gdickinson@lightgablerlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **\*NAME** | Glenn J. Dickinson |
| **FIRM NAME** | LightGabler |
| **\*STREET** | 760 Paseo Camarillo, Suite 300 |
| **\*CITY** | Camarillo |
| **\*STATE**<br>(Required for U.S. addresses) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 93010 |
| **PHONE** | (805) 248-7416 |
| **FAX** | (805) 248-7416 |
| **\*EMAIL ADDRESS** | gdickinson@lightgablerlaw.com;tbryant@lightgablerlaw.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | |

| | |
|---|---|
| **FEE PER CLASS** | 225 |
| *****TOTAL FEE PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| ***** SIGNATURE** | /Gary Clevenger/ |
| ***** SIGNATORY'S NAME** | Gary Clevenger |
| ***** SIGNATORY'S POSITION** | Managing Member |
| **SIGNATORY'S PHONE NUMBER** | (805) 650-1040 |
| ***** DATE SIGNED** | 08/19/2016 |

Exhibit D Page 3

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

Serial Number: 87144937
Filing Date: 08/19/2016

## To the Commissioner for Trademarks:

**MARK:** MANGO PRO (Standard Characters, see mark)
The literal element of the mark consists of MANGO PRO.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Freska Produce International, LLC, a limited liability company legally organized under the laws of California, having an address of

    511 Mountain View Avenue
    Oxnard, California 93030
    United States
    (805) 650-1040(phone)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 031:  Fresh fruit
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**Disclaimer**
No claim is made to the exclusive right to use "MANGO" apart from the mark as shown.

The applicant's current Attorney Information:
    Glenn J. Dickinson of LightGabler    760 Paseo Camarillo, Suite 300
    Camarillo, California 93010
    United States
    (805) 248-7416(phone)
    (805) 248-7416(fax)
    gdickinson@lightgablerlaw.com (authorized)
The attorney docket/reference number is 3644.

The applicant's current Correspondence Information:
    Glenn J. Dickinson
    LightGabler
    760 Paseo Camarillo, Suite 300
    Camarillo, California 93010
    (805) 248-7416(phone)
    (805) 248-7416(fax)
    gdickinson@lightgablerlaw.com;tbryant@lightgablerlaw.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Gary Clevenger/   Date Signed: 08/19/2016
Signatory's Name: Gary Clevenger
Signatory's Position: Managing Member


RAM Sale Number: 87144937
RAM Accounting Date: 08/22/2016

Serial Number: 87144937
Internet Transmission Date: Fri Aug 19 17:51:34 EDT 2016
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20160819175134891
591-87144937-550d78a1ff5a05ead8fb9076f3a
b3aafc47df26b5f4deab654acdadf618aea49c-C
C-4362-20160819171309589195

# MANGO PRO

# EXHIBIT E

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87144937 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 120 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87144937/large |
| LITERAL ELEMENT | MANGO PRO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | Freska Produce International, LLC |
| STREET | 511 Mountain View Avenue |
| CITY | Oxnard |
| STATE | California |
| ZIP/POSTAL CODE | 93030 |
| COUNTRY | United States |
| PHONE | (805) 650-1040 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 031 |
| CURRENT IDENTIFICATION | Fresh fruit |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 04/12/2017 |
| FIRST USE IN COMMERCE DATE | 04/12/2017 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\871\449\87144937\xml8\ SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\871\449\87144937\xml8\ SOU0003.JPG |
| SPECIMEN DESCRIPTION | Digital photos of produce boxes displaying the mark |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |

Exhibit E Page 1

| | |
|---|---|
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Gary D. Clevenger/ |
| **SIGNATORY'S NAME** | Gary Clevenger |
| **SIGNATORY'S POSITION** | Managing Member |
| **DATE SIGNED** | 06/29/2017 |
| **SIGNATORY'S PHONE NUMBER** | (805) 650-1040 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Thu Jun 29 13:37:33 EDT 2017 |
| **TEAS STAMP** | USPTO/SOU-XX.XX.XXX.XXX-2 0170629133733980402-87144 937-590f93945a08fa024b65a 8791cffcf59ca7788dadd3212 b690f7d94de6e3c4dd-CC-139 28-20170629125726360703 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** MANGO PRO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87144937/large)
**SERIAL NUMBER:** 87144937

The applicant, Freska Produce International, LLC, having an address of
    511 Mountain View Avenue
    Oxnard, California 93030
    United States
    (805) 650-1040
is submitting the following allegation of use information:

For International Class 031:
Current identification: Fresh fruit

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/12/2017, and first used in commerce at least as early as 04/12/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital photos of produce boxes displaying the mark.
Specimen File1
Specimen File2

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

The signatory believes that the applicant is the owner of the mark sought to be registered.

**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

Exhibit E Page 3

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Gary D. Clevenger/     Date Signed: 06/29/2017
Signatory's Name: Gary Clevenger
Signatory's Position: Managing Member
Signatory's Phone: (805) 650-1040

RAM Sale Number: 87144937
RAM Accounting Date: 06/29/2017

Serial Number: 87144937
Internet Transmission Date: Thu Jun 29 13:37:33 EDT 2017
TEAS Stamp: USPTO/SOU-XX.XX.XXX.XXX-2017062913373398
0402-87144937-590f93945a08fa024b65a8791c
ffcf59ca7788dadd3212b690f7d94de6e3c4dd-C
C-13928-20170629125726360703





**FEE RECORD SHEET**

**Serial Number:**    87144937

**RAM Sale Number:  87144937**

**Total Fees:**    $100

**RAM Accounting Date:  20170629**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20170629 | $100 | 1 | $100 |

**Transaction Date:**    20170629

Exhibit E Page 7