1 **KATTEN MUCHIN ROSENMAN LLP**
Joel R. Weiner (SBN 139446)
2 joel.weiner@katten.com      JS-6
2029 Century Park East
3 Suite 2600
Los Angeles, CA 90067-3012
4 Telephone: 310.788.4400
Facsimile: 310.788.4471
5
Deepro R. Mukerjee (*pro hac vice*)
6 deepro.mukerjee@katten.com
Lance A. Soderstrom (*pro hac vice*)
7 lance.soderstrom@katten.com
575 Madison Avenue
8 New York, NY 10022-2585
Telephone: 212.940.8800
9 Facsimile: 212.940.8776

10
Attorneys for Plaintiff and Counter-defendant
11 AVOCADOS PLUS INCORPORATED D/B/A FRESH DIRECTIONS
INTERNATIONAL
12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCADOS PLUS INCORPORATED D/B/A FRESH DIRECTIONS INTERNATIONAL,<br><br>    Plaintiff and Counter-defendant,<br><br>vs.<br><br>FRESKA PRODUCE INTERNATIONAL, LLC, and GARY CLEVENGER,<br><br>    Defendants and Counterclaimant. | CASE NO.: 2:19-cv-06451-RGK-JC<br><br>District Judge: R. Gary Klausner<br>Magistrate Judge: Jacqueline Chooljian<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH RETAINED JURISDICTION PURSUANT TO FED. R. CIV. P 41(a)** |

**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL**

143935824

1  **[PROPOSED] ORDER**

Plaintiff Avocados Plus Incorporated d/b/a Fresh Directions International ("FDI") and Defendants Freska Produce International, LLC and Gary Clevenger (together, "Defendants"), by and through their respective counsel of record, having so stipulated, it is hereby ORDERED, ADJUDGED, and DECREED that this lawsuit, and all claims and counterclaims asserted therein by FDI and Defendants are hereby dismissed with prejudice in their entirety, with each side to bear its/his own attorney's fees and litigation costs incurred in this action. This Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: May 8, 2020



Hon. R. Gary Klausner
United States District Judge

2

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL

143935824